# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2021

*The Court of Appeals hereby passes the following order:*

**A22I0075. IN THE INTEREST OF C. C. et al., CHILDREN.**

John and Brittani Chandler's children were adjudicated dependent and placed in the custody of the Division of Family and Child Services ("DFCS"). After DFCS sought to vaccinate the children, the juvenile court overruled the Chandlers' religious objection to vaccinations. The Chandlers sought reconsideration, and upon reconsideration, the juvenile court held that OCGA § 15-11-30, which permits legal custodians to determine a child's medical care, is constitutional, and the Chandlers, having lost custody of the children, have no right to object to vaccinations. The Chandlers obtained a certificate of immediate review and filed this interlocutory application,[1] challenging the juvenile court's ruling.

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). Because the juvenile court rejected the Chandlers' challenge to the constitutionality of OCGA § 15-11-30, it appears that jurisdiction over this application may lie the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal*

---

[1] "[T]he denial of a motion for reconsideration of an interlocutory order may serve as the basis for an application for interlocutory review." *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007).

*Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition. See *In the Interest of T. B.*, Case No. S21A1120 (Nov. 1, 2021) (noting that the Court of Appeals lacked jurisdiction to decide application because the Supreme Court has exclusive appellate jurisdiction over constitutional questions).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   11/17/2021          *

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*